Saturday,
December 7.

HOPE v. COLLINS.

APPEAL from the *Wayne* Common Pleas.

*Per Curiam.*—Suit on a note. Demurrer sustained to the third and fourth paragraphs of the answer. Upon this ruling the only point in the case is made. We shall not inquire whether the ruling was right or not, since the same facts could have been proved under the fifth and sixth paragraphs of the answer, upon which issue was joined.

The judgment is affirmed, with 3 per cent. damages and costs.

*W. A. Bickle* and *C. H. Burchenal*, for the appellant.
*J. M. Wilson*, for the appellee.